FILED
CHARLOTTE, NC

FEB - 2 2018

US District Court
Western District of NC

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) Case No. 3:18MJ31 |
| Charlene Sarieann Harriott | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Charlene Sarieann Harriott
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Interfering with Flight Crew Member and Attendants within the special aircraft jurisdiction of the United States, in violation of 49 U.S.C. § 46504.

Date: 02/01/2018

*Issuing officer's signature*

City and state: Charlotte, North Carolina

Hon. David Keesler, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/1/2018, and the person was arrested on *(date)* 2/1/2018
at *(city and state)* CHARLOTTE, NC

Date: 2/1/2018

*Arresting officer's signature*

KRISTEN L. STIGLOW
*Printed name and title* SPECIAL AGENT, FBI