# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 3:18-mj-031-DCK** |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CHARLENE HARRIOTT** | ) | |
| | ) | |
| | ) | **UNDER SEAL** |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Pretrial Psychiatric Or Psychological Examination" (Document No. 14) filed by the government on April 26, 2018; and "Defendant's Response In Opposition To The Government's Motion For Psychological Evaluation" (Document No. 15) filed May 2, 2018. In her response, Defendant's counsel takes the position that Defendant is presently competent, and moreover, the response encloses a written report from a psychiatrist concluding the same. The undersigned concludes that a reply from the government is appropriate under these unusual circumstances.

**IT IS, THEREFORE, ORDERED** that the government shall file a reply on or before **May 9, 2018**.

**IT IS FURTHER ORDERED** that this matter shall be set for a hearing before the undersigned during the week beginning May 14, 2018. The Clerk's Office will determine the date and time for the hearing in the Magistrate Courtroom.

Signed: May 2, 2018

David C. Keesler
United States Magistrate Judge