IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:18mj 31 |
| ) | |
| v. ) | **BILL OF INFORMATION** |
| ) | |
| CHARLENE SARIEANN HARRIOTT ) | Violations: |
| ) | 18 U.S.C. § 7 |
| ) | 18 U.S.C. § 113 |
| ) | 49 U.S.C. § 46501 |
| ) | 49 U.S.C. § 46506 |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

(Simple Assault within the Special Aircraft Jurisdiction of the United States)

On or about January 31, 2018, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the Defendant,

**CHARLENE SARIEANN HARRIOTT**

at a place within the special aircraft and territorial jurisdiction of the United States, including namely American Airlines Flight #1033, an aircraft belonging to a corporation created by the laws of the United States, while such aircraft is in flight, did knowingly and intentionally assault Victims "O.G.", "T.C.", and "R.P.", by striking, beating, or wounding.

All in violation of Title 18, United States Code, Sections 7(5) and 113(a)(4), and Title 49, United States Code, Sections 46501(1)(A), (2)(A), and Section 46506(1).

R. ANDREW MURRAY
UNITED STATES ATTORNEY

SANJEEV BHASKER
ASSISTANT UNITED STATES ATTORNEY